FILED
November 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MLG_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br>v<br>**JOSE RODRIGUEZ-QUIJADA**<br>**Defendant** | **INFORMATION**<br><br>[Ct. 1: 8 U.S.C. § 1326 – Illegal Reentry]<br><br>**1:25-CR-00514 ADA-DH** |

**THE UNITED STATES ATTORNEY CHARGES:**
**COUNT ONE**
**Illegal Reentry**
**[8 U.S.C. § 1326]**

On or about November 6, 2025, in the Western District of Texas, Defendant,

**JOSE RODRIGUEZ-QUIJADA,**

an alien, was found in the United States, after having been denied admission, excluded, deported, and removed therefrom on or about August 2, 2023, and Defendant had not obtained consent to reapply for admission from the Attorney General of the United States or the Secretary of Homeland Security.

In violation of 8 U.S.C. § 1326.

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: _/s/_
DANIEL D. GUESS
ASSISTANT UNITED STATES ATTORNEY